NUMBER13-05-424-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


RAFAEL CERVANTES LOPEZ D/B/A RAFAEL 

CERVANTES APARTMENTS, ET AL., Appellants,


v.



LUIS A ROMERO, ET AL., Appellees.

_______________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellants, RAFAEL CERVANTES LOPEZ D/B/A RAFAEL CERVANTES
APARTMENTS, ET AL., perfected an appeal from a judgment entered by the 139th
District Court of Hidalgo County, Texas, in cause number C-1632-03-C. The clerk's
record was filed on July 28, 2005. The reporter's record was filed on February 1,
2007. Appellants' brief was due on March 5, 2007. To date, no appellate brief has
been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On March 28, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten days to
explain why the cause should not be dismissed for failure to file a brief. The Court's
letter to appellants was returned as undeliverable, and the Court was informed that no
forwarding address was available. 

 Accordingly, because appellants have failed to file a proper appellate brief and
have failed to provide us with any other means of contacting them, we dismiss the
appeal for want of prosecution. 

 PER CURIAM


Memorandum Opinion delivered and

filed this the 24th day of May, 2007.